■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE KELLY, Also Known as ANDRE KELLEY, Appellant. [665 NYS2d 516] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 27, 1995 (*People v Kelly,* 221 AD2d 661, *cert denied sub nom. Kelley v New York,* 517 US 1200), affirming a judgment of the Supreme Court, Kings County, rendered November 22, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Miller, Sullivan and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PASHA KHAWAKA-MOHAMMAD, True Name KHAWAKA-MOHAMMAD PASHA, Appellant. [665 NYS2d 300] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Pitaro, J.), rendered June 20, 1995, convicting him of aggravated harassment in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Rosenblatt, J. P., Copertino, Krausman and Goldstein, JJ., concur.